FILED
AUG 20 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. 14-30147-NJR |
| ) | |
| CYNTHIA L. PALMER, ) | |
| ) | Title 18, United States Code, |
| Defendant. ) | Section 1344 |

### INDICTMENT

**THE GRAND JURY CHARGES:**

**BANK FRAUD:  U.S. Bank**

1. From in or about at least January 5, 2012, and continuing through October 22, 2013, in Madison County, within the Southern District of Illinois,

**CYNTHIA L. PALMER,**

defendant herein, did knowingly execute a scheme to defraud U.S. Bank, a financial institution that at all relevant times had its deposits insured by the Federal Deposit Insurance Corporation [FDIC]. The scheme to defraud involved a course of action over time by **CYNTHIA L. PALMER** with the intent to deceive the bank and to wrongfully obtain the money of the bank and money under the custody and control of the bank for the benefit of customers of the bank.

2. **CYNTHIA L. PALMER** was employed by U.S. Bank at the Bethalto Airport Branch in Bethalto, Illinois. She was a Universal Banker and was in a position of trust over customer funds at the bank.  As a Universal Banker **PALMER** opened accounts, handled teller transactions, could direct the activities of tellers, sold bank products and handled customer service issues.

3. As part of the scheme, **CYNTHIA L. PALMER** made unauthorized debits on customer's accounts. **PALMER** principally targeted older individuals to take unauthorized activity on their accounts with ages ranging from 65 to 96.

4. As part of the scheme, **CYNTHIA L. PALMER** misapplied funds from a customer closing a certificate of deposit. Some of those funds were used to restore a portion of the funds **PALMER** previously embezzled from another customer's account and a portion of the funds **PALMER** deposited into her own account.

5. **CYNTHIA L. PALMER** was terminated by U.S. Bank effective December 12, 2013.

All in violation of Title 18, United States Code, Section 1344.

**A TRUE BILL**

_____
STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

_____
NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $25,000 unsecured.